UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES,<br>1629 K Street, NW, Suite 600,<br>Washington, DC 20006<br><br>　　　　　　　　　　　　Plaintiff,<br>　-against-<br><br>U.S. CUSTOMS AND BORDER<br>PROTECTION,<br>1300 Pennsylvania Ave., NW,<br>Washington, DC 20229<br><br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 23-3059 |

## COMPLAINT

Plaintiff Center for Immigration Studies ("**CIS**" or "**Plaintiff**") brings this action against U.S. Customs and Border Protection ("**CBP**" or "**Defendant**") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff alleges the following grounds:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff CIS is a non-profit, research and educational foundation organized under the laws of the District of Columbia and having its principal place of business at 1629 K Street, NW, Suite 600, Washington, D.C. Plaintiff seeks to educate immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the

social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States. In furtherance of its public interest mission, Plaintiff regularly requests access to the public records of federal agencies, entities, and offices, and disseminates its findings to the public for free.

4. Defendant CBP is an agency of the U.S. Government and is headquartered at 1300 Pennsylvania Ave., NW, Suite 330, Washington, DC. Defendant is a component of the U.S. Department of Homeland Security ("**DHS**"). Defendant has possession, custody, and control of certain public records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On August 22, 2023, Defendant received via its SecureRelease Portal, a FOIA request submitted by Plaintiff which sought the following records ("**FOIA Request**"):

> **All records sufficient to show any or all the following categories of information for each encounter Between Ports of Entry with a person within the Terrorist Screening Dataset (TSDS)[1]:**
>
> a. **Nationality of person of interest**
> b. **Foreign Terrorist Organization (FTO)**
> c. **Category type of threat**
> d. **Category level of threat (numerical)**
> e. **Encounter location (identified by closest border station would be acceptable)**
>
> **This request intentionally excludes personally identifying Information that would be presumed protected as part of ongoing investigations and seeks only information that could not be construed as obstructive to national security interests.**
>
> **Information helpful to fulfilling this request: The timeframe for records sought in this request is January 1, 2021, by month, through the time by which search results are finally compiled for in-house government review.**

---

[1] *See* https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics-fy22.

> **It would be preferred to receive responsive records compiled in an Excel spreadsheet, with each category of responsive records provided in columns corresponding to their respective {unnamed} person of interest, provided in rows per month.**

(**Exhibit 1** & **2**.)

6. According to Defendant's SecureRelease Portal, Defendant assigned the FOIA Request Request Number CBP-FO-2023-121937. (**Exhibit 2**.)

7. After not receiving any communications from Defendant regarding the FOIA Request for over 45 days, Plaintiff, pursuant 5 U.S.C. 552 (a)(7)(B)(ii), summited a request for Defendant to provide an estimated date of completion for its actions on the FOIA Request. (**Exhibit 3**.)

8. As of the date of the filing this complaint, Plaintiff has still not received any communication from Defendant regarding its FOIA Request.

9. Therefore, Defendant has failed to: (i) determine whether to comply with the request; (ii) notify Plaintiff of any such determination or the reasons therefor; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

10. Moreover, Defendant has failed to provide Plaintiff with an estimated date on which the agency will complete action on the FOIA Request.

## COUNT I

### Failure to make determination by required deadline
### (Violation of FOIA, 5 U.S.C. § 552)

11. Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12. Defendant is in violation of FOIA.

13. Defendant was required to make a final determination on Plaintiff's FOIA Request no later than September 25, 2023. Because Defendant failed to make a final determination on Plaintiff's Request within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

## COUNT II

### Failure to provide an Estimated Completion date
### (Violation of FOIA, 5 U.S.C. § 552)

14. Plaintiff realleges paragraphs 1 through 13 as if fully stated herein.

15. Defendant is in violation of FOIA.

16. Despite Plaintiff's request for an estimated date on which the agency would complete its action on the request, Defendant never provided one.

### Requested Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Declare that Defendant's current and continued delay in processing Plaintiff's FOIA Request is unlawful under FOIA;

b. Order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA Request;

c. Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under any claimed exemption;

d. Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA Request;

e. Maintain jurisdiction over this action until Defendant complies with FOIA and all orders of this Court;

f. Grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

g. Grant Plaintiff such other relief as the Court deems just and proper.

Dated:   October 13, 2023                         Respectfully submitted,

*/s/ Colin M. Farnsworth*
Colin M. Farnsworth
DC Bar ID OR0022
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington DC, 20006
Telephone: 202-466-8185 ext. 126
FAX (202) 466-8076
Email: cmf@cis.org